RECEIVED
2010 AUG 26  P 3: 33
RICHARD W. WIEK...
CLERK U.S. ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MEJ**

UNITED STATES OF AMERICA and
CHUNG NGO, Revenue Agent,

   Petitioners,

  v.

TAMARA L. HEFFELFINGER,

   Respondent.

)
)
)
)
)
)
)
)
)
)
)

CV 10   3817

NO.
[Proposed]
ORDER TO SHOW CAUSE RE
ENFORCEMENT OF INTERNAL
REVENUE SERVICE SUMMONS

  Good cause having been shown by the petitioners upon its petition filed in the above-entitled proceeding on ___August 26___, 2010, it is hereby:

  **ORDERED** that respondent TAMARA L. HEFFELFINGER appear before this Court on the __2nd__ day of __December__, 2010, at 10 a.m., in Courtroom No. __B__, __15th__ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

  **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of

1   this Order above specified; and it is further

2       **ORDERED** that within twenty-one (21) days before the return date of this Order,

3   respondent may file and serve a written response to the petition, supported by appropriate

4   affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any

5   motion respondent desires to make, that the petitioner may file and serve a written reply

6   to such response, if any, within fourteen (14) days before the return date of this Order;

7   that all motions and issues raised by the pleadings will be considered on the return date of

8   this Order, and only those issues raised by motion or brought into controversy by the

9   responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at

10  the return of this Order, and any uncontested allegation in the petition will be considered

11  admitted.

12      **ORDERED** this ___7th___ day of ___September___, 2010, at___San Francisco___,

13  California.



    UNITED STATES DISTRICT JUDGE

    Judge Maria-Elena James

[Proposed] Order to Show Re
Enforcement of IRS Summons         2