MELINDA HAAG (CABN 13612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>TAMARA L. HEFFELFINGER and STEVEN T. HEFFELFINGER,<br><br>Respondents. | No. CV 10-3817 MEJ<br>No. CV 10-3818 MEJ<br><br>APPLICATION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER<br><br>Date: January 27, 2011<br>Time  10:00 a.m.<br>Place  Courtroom B, 15th Floor |

The United States respectfully requests that this Court reschedule the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for December 2, 2010, at 10:00 a.m., to January 27, 2011, at 10:00 a.m.  Respondents Tammy Heffelfinger and Steven Heffelfinger have no opposition to this application to reschedule.

                                                 Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

Date: November 30, 2010            /s/ Cynthia Stier
                                                 CYNTHIA STIER
                                                 Assistant United States Attorney
                                                 Tax Division

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for December 2, 2010, at 10:00 a.m., is rescheduled to January 27, 2011, at 10:00 a.m.

Dated: November 30, 2011

_____
MARIA-ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE

Application to Reschedule Hearing on Order to Show Cause and Case Management Conference and [Proposed] Order                2