1   MELINDA HAAG (CABN 13612)
    United States Attorney
2   THOMAS MOORE (ALBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
    9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7   Attorneys for the United States of America

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO  DIVISION

11

12  UNITED STATES OF AMERICA and          )  No. CV 10-3817 MEJ
    CHUNG NGO, Revenue Agent,             )  No. CV 10-3818 MEJ
13                                        )
                              Petitioners, )  APPLICATION TO RESCHEDULE
14                                        )  HEARING ON ORDER TO SHOW
              v.                          )  CAUSE AND CASE MANAGEMENT
15                                        )  CONFERENCE and [PROPOSED]
    TAMARA L. HEFFELFINGER and            )  ORDER
16  STEVEN T. HEFFELFINGER,               )
                                          )  Date: March 31, 2011
17                            Respondents. )  Time  10:00 a.m.
                                          )  Place  Courtroom B, 15th Floor
18  ─────────────────────────────────    )

19        The United States respectfully requests that this Court reschedule the hearing on

20  the Order to Show Cause and Case Management Conference, currently scheduled for

21  January 27, 2011, at 10:00 a.m., to March 31, 2011, at 10:00 a.m.  The parties have

22  tentatively reached a settlement of the issues.

23
                                          Respectfully submitted,
24
                                          MELINDA HAAG
25                                        United States Attorney

26
    Date: January 24, 2011               /s/ Cynthia Stier
27                                        CYNTHIA STIER
                                          Assistant United States Attorney
28                                        Tax Division

1

<u>ORDER</u>

2

     Based upon the above Application, and for good cause appearing, the COURT

3

HEREBY ORDERS that the hearing on the Order to Show Cause and Case Management

4

Conference, currently scheduled for January 27, 2011 at 10:00 a.m., is rescheduled to

5

March 31, 2011, at 10:00 a.m.  A joint statement shall be filed by March 24, 2011.

6

7

8

9

Dated:  January 24, 2011

10

                  MARIA ELENA JAMES
CHIEF UNITED STATES MAGISTRATE  JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application to Reschedule Hearing
on Order to Show Cause and Case
Management Conference and
[Proposed] Order             2