MELINDA HAAG (CABN 13612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>TAMARA L. HEFFELFINGER and STEVEN T. HEFFELFINGER,<br><br>Respondents. | No. CV 10-3817 MEJ<br>No. CV 10-3818 MEJ<br><br>APPLICATION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER<br><br>Date: June 2, 2011<br>Time  10:00 a.m.<br>Place  Courtroom B, 15th Floor |

The United States respectfully requests that this Court reschedule the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for March 31, 2011, at 10:00 a.m., to June 2, 2011, at 10:00 a.m.  The parties have tentatively reached a settlement of the issues, and need additional time to review documents.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Date: March 8, 2011

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

<u>ORDER</u>

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for March 31, 2011, at 10:00 a.m., is rescheduled to June 2, 2011, at 10:00 a.m.

Dated: March 11, 2011

_____
MARIA-ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE

Application to Reschedule Hearing
on Order to Show Cause and Case
Management Conference and
[Proposed] Order                               2