MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>TAMARA L. HEFFELFINGER and STEVEN T. HEFFELFINGER,<br><br>Respondents. | No. C-10-3817-MEJ<br>No. C-10-3818-MEJ<br><br>APPLICATION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER<br><br>Date: June 16, 2011<br>Time: 10:00 a.m. |

The United States respectfully requests that this Court reschedule the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for June 2, 2011, at 10:00 a.m., to June 16, 2011, at 10:00 a.m.  Respondents, Tammy Heffelfinger and Steven Heffelfinger have no opposition to this application to reschedule.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Date: May 27, 2011

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

**ORDER**

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for June 2, 2011, at 10:00 a.m., to June 16, 2011, at 10:00 a.m. Plaintiff shall serve this Order upon Defendants.

SO ORDERED.

DATED: May 26, 2011


_____
MARIA ELENA JAMES